IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-02396-RPM

LAURIE GARCIA,

       Plaintiff,

v.

SOUTHWEST ADAMS COUNTY FIRE PROTECTION DISTRICT,
CHIEF DITTOLA and
JOHN DOE, each in his individual capacity,

       Defendants.
_____

### ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

       Plaintiff Laurie Garcia having filed a written response on September 23, 2005, to the Order to Show Cause entered by this Court on September 15, 2005, it is

       ORDERED that the Order to Show Cause is discharged and plaintiff is granted an extension of time, to and including December 27, 2005, within which to retain counsel.

       DATED:  September 28, 2005

                                 BY THE COURT:

                                 s/Richard P. Matsch

                                 _____
                                 Richard P. Matsch, Senior District Judge

Civil Action No.   04-cv-02396-RPM

     I do hereby certify that I have mailed via United States mail a copy of the attached to the following:

Dated: September 28, 2005

                                      GREGORY C. LANGHAM, CLERK

                                         s/Leslie A. Martin
By_____
                                             Deputy

Ms. Laurie Garcia
2486 S. Revere Way
Aurora, CO 80014-2090