IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-02396-RPM

LAURIE GARCIA,

        Plaintiff,

v.

SOUTHWEST ADAMS COUNTY FIRE PROTECTION DISTRICT,
CHIEF DITTOLA and
JOHN DOE, each in his individual capacity,

        Defendants.
_____

ORDER OF DISMISSAL WITHOUT PREJUDICE
_____

The plaintiff having failed to obtain the appearance of new counsel and

consistent with this Court's Order to Show Cause of September 15, 2005, it is

ORDERED that this civil action is dismissed without prejudice for failure to

prosecute.

DATED: January 24th, 2006

                BY THE COURT:

                s/Richard P. Matsch

                _____

                Richard P. Matsch, Senior District Judge

Civil Action No.    04-cv-02396-RPM

     I do hereby certify that I have mailed via United States mail a copy of the attached to the following:

Dated: January 24, 2006

                               GREGORY C. LANGHAM, CLERK


                                 s/Leslie A. Martin
By_____
                                  Deputy




Ms. Laurie Garcia
2486 S. Revere Way
Aurora, CO 80014-2090